FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(7/2000)

03 - 33968-B-7

UNITED STATES BANKRUPTCY COURT
Eastern District Of California (Sacramento Division Office )

**FILED**
01/06/04
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
auto

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/31/03.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations.

Debtor's (and Joint Debtor's) Name(s) and Address(es):

Curt John Geerin

Marlen Angela Geerin

5401 CALISTOGA WAY
SACRAMENTO, CA 95841

**Case Number: 03 - 33968-B-7**

Social Security/Taxpayer ID No(s).:
XXX-XX-6950 (Debtor)
XXX-XX-5167 (Joint Debtor)

Attorney for Debtor(s) (name and address):
David G. Fox

5650 Marconi Ave #21
Carmichael, CA 95608-4468
Telephone number: 916-487-8930

Bankruptcy Trustee (name and address):
Steve Reynolds

PO Box 1917
Davis, CA 95617-1917
Telephone number: 916-441-4119

## Meeting of Creditors:

Date: January 26, 2004   Time: 04:00 pm   Location: Meeting Room 7-A
U.S. Courthouse, Room 7-A
501 I Street, 7th Floor
Sacramento, CA

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor** *or* **to Determine Dischargeability of Certain Debts:**
03/26/04

**Deadline to Object to Exemptions:**
Thirty (30) days after the conclusion of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

Address of the Bankruptcy Clerk's Office:
Sacramento Division Office
501 I Street, Suite 3-200
Sacramento, CA 95814
Telephone number: (916) 930-4400
Website: http://www.caeb.uscourts.gov

**For the Court:**
Richard G. Heltzel, Clerk
U.S. Bankruptcy Court

Hours Open: Monday - Friday 9:00 AM - 4:00 PM

Date: 01/06/04

# EXPLANATIONS

FORM B9A(7/98)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | **A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered.** |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to do so may result in a motion to dismiss your case.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

**---Refer to Other Side For Important Deadlines and Notices---**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-2           User: auto              Page 1 of 1              Date Rcvd: Jan 06, 2004
Case: 03-33968                 Form ID: 258            Total Served: 23


The following entities were served by first class mail on Jan 08, 2004.
db           Geerin, Curt John,    5401 CALISTOGA WAY,    SACRAMENTO, CA 95841
aty          Fox, David G.,    5650 Marconi Ave #21,    Carmichael, CA 95608-4468
db           Geerin, Marlen Angela,    5401 CALISTOGA WAY,    SACRAMENTO, CA 95841
tr           Reynolds, Steve,    PO Box 1917,    Davis, CA 95617-1917
6814606      CACV of Colorado LLC,    1999 Broadway Suite 2150,    Denver CO 80202
6814594      Cal X Spa,    1050 Melody Lane,    Roseville CA 95678
6814607      Collection Burea of America,    25954 Eden Landing Road 1st floor,    Hayward CA 94545
6814595      Comcast Communications,    4350 Pell Drive,    Sacramento CA 95838-2531
6814596     +Discover Financial Services,    Attn Bankruptcy Department,    P O BOX 8003,    Hilliard OH 43026-8003
6814608      Equifax,    P O BOX 144717,    Orlando FL 32814
6814609      Experian,    Profile Maintenance,    P O BOX 9558,    Allen TX 75013
6814597      Fidelity Federal Bank,    P O BOX 3396,    Evansville IN 47732-3396
6814598      Franchise Tax Board,    Bankruptcy Unit,    P O Box 2952,    Sacramento CA 95812
6814599     +Golden One Credit Union,    Bankruptcy Department,    P O BOX 15966,    Sacramento CA 95852-1966
6814602      Pacific Bell Directory,    P O BOX 10325,    Van Nuys CA 91410-0325
6814601      Pacific Bell SBC,    Bankruptcy Section,    P O BOX 489,    Montebella CA 90640
6814610     +Provident National Bank,    P O BOX 9016,    Pleasanton CA 94566-9016
6814603      Providian National Bank,    295 Main Street,    Tilton NH 03276
6814604     +Roseville Telephone,    P O BOX 969,    Roseville CA 95661-0969
6814611      Steven A Booska P C,    Law Offices,    582 Market Street 17th Floor,    San Francisco CA 94104
6814605      Wells Fargo Bank N A,    Bankruptcy Unit,    7000 Vista Drive,    West Des Moines IA 50266
6814612      Zee Law Group,    5050 Palo Verde Suite 113,    Montclair CA 91763

The following entities were served by electronic transmission on Jan 06, 2004 and receipt of the transmission
was confirmed on:
6814598      EDI: CALTAX.COM Jan 06 2004 23:00:00      Franchise Tax Board,    Bankruptcy Unit,    P O Box 2952,
             Sacramento CA 95812
6814600      EDI: IRS.COM Jan 06 2004 23:00:00      Internal Revenue Service,    Insolvency Section Two SA 5337,
             4330 Watt Ave,    North Highlands CA 95660
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2004      Signature: *Joseph Speetjens*