**Stephen M. Reynolds, Trustee 148902**
424 Second Street
Suite C
Davis, CA 95616
(530) 297-5030
(530) 297-5077

FILED
2005 JAN 20 PM 1: 45
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

**GEERIN, CURT JOHN and MARLEN ANGELA**

Debtor(s)

Case No. 03-33968
Chapter 7
**AMENDED**
[X] REPORT OF §341 MEETING
[ ] REQUEST FOR DISMISSAL
[ ] INITIAL REPORT OF ASSET CASE
[X] REPORT OF NO ASSET CASE

[X] REPORT OF §341 MEETING BY TRUSTEE
The Trustee declares:
The meeting was held: Jan 26 2004  04:00 PM

[X] Debtor(s) appeared
[X] Meeting concluded
[ ] Meeting was continued to: _____
[ ] Other:

[ ] Debtor failed to appear
[ ] Co-debtor failed to appear
[ ] Counsel failed to appear
[ ] Debtor(s) failed to file all schedules or statement of financial affairs

[ ] REQUEST FOR DISMISSAL
The Trustee requests that the court issue a Notice of Intent to Dismiss:
[ ] Entire case
[ ] As to Debtor only
[ ] As to Co-debtor only, for the reason(s) declared above

[ ] INITIAL REPORT OF TRUSTEE IN ASSET CASE
The trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully encumbered, available for liquidation and distribution to the creditors.

[ ] The Trustee requests a Notice to File Claims be sent to all creditors.

[X] REPORT OF TRUSTEE IN NO-ASSET CASE
The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

DATED: ~~Feb 9 2004~~ January 18, 2005

Stephen M. Reynolds, Trustee
Bankruptcy Trustee